UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  5:26-cv-01449-JLS-SSC                          Date: March 26, 2026
Title:  Jebarah Wafig Mahmoud v. Markwayne Mullin et al

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

|  Kelly Davis  |  N/A  |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

Not Present                                              Not Present

**PROCEEDINGS:   (IN CHAMBERS)  ORDER SETTING BRIEFING SCHEDULE FOR APPLICATION FOR TEMPORARY RESTRAINING ORDER (Doc. 2)**

On March 25, 2026, *pro se* Petitioner Jebarah Wafig Mahmoud filed a Petition for a Writ of Habeas Corpus and an Application for Temporary Restraining Order ("TRO").[1] (Petition, Doc. 1; App., Doc. 2.)  Having reviewed Petitioner's Application, the Court ORDERS Respondents to file any Opposition to the Application no later than **March 30, 2026.**  If Respondents plan not to oppose the TRO Application, as the Court has observed Respondents have done in the past, Respondents shall additionally indicate whether they oppose the issuance of a preliminary injunction.

The Court further ORDERS that the Petitioner must not be moved to a location outside the jurisdictional boundaries of the United States District Court for the Central

---

[1] The Court construes Petitioner's "Memorandum in Support of a Temporary Restraining Order" as an *ex parte* Application for Temporary Restraining Order.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  5:26-cv-01449-JLS-SSC                          Date: March 26, 2026
Title:  Jebarah Wafig Mahmoud v. Markwayne Mullin et al

District of California during the pendency of this action, unless otherwise ordered by the
Court.

                                                       Initials of Deputy Clerk: kd